# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ESTATE OF ANNIE PEARL WILLIS, DECEDENT | : No. 351 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: LESLIE WILLIS | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal, Application for Leave to Amend Petition for Allowance of Appeal, Application for Consolidation, Application for Leave to Amend Application to Consolidate, Petition for Leave to Reply to Respondent's Answer to Petition for Allowance of Appeal, Petition to Request Rule 1925(a)(1) Opinion from Trial/Orphans' Court Judge Lester G. Nauhaus, Petition to Compel Transcript(s) from Orphans' Court Hearings Before Judge Lester G. Nauhaus and Pertaining to Order Dated September 10, 201[2], and Petition to Request Rule 1925(a)(1) Opinion from Trial/Orphans' Court Judge Kathleen A. Durkin are **DENIED**.